## No. 952.

### S. C. HUEY ET AL. VS. JEMIMA HUEY ET AL.

The fact that a husband uses his own money in the purchase of property during the community does not divest the community of it. The property thus bought belongs to the community, and the husband becomes its creditor *pro tanto*.

The fact that a piece of real estate was put on the inventory as separate property of the husband does not conclude the widow from claiming it as community.

An administrator has nothing to do with partitioning successions. After paying the debts, his duty is to deliver the property to the heirs.

APPEAL from the District Court for Lincoln, PEARCE, J. *ad hoc.*

*Gaskins* and *Barksdale* for Plaintiffs Appellants. *Young & Vaughn* for Defendants.

SPENCER, J., delivered the opinion amending the judgment.

## No. 950.

### MRS. W. J. McLEAN VS. J. F. PARGOUD.

A conveyance of real estate will not be presumed. An absent brother, joint owner of a plantation, whose title is of record, is not bound by a mortgage given by the present brother without authority.

One whose title has been duly recorded is not required nor expected to give personal notice to parties of his ownership. An examination of the public records affords information to those who wish to ascertain the condition of title

APPEAL from the District Court for Ouachita. PARSONS, J.

*R. W. & R. Richardson*, and *Boatner* for Plaintiff Appellant. *S. D. McEnery* for Nicholas Pargoud, Intervenor.

DE BLANC, J., delivered the opinion affirming the judgment.